# FOR CALENDAR YEAR 2005

*in Government Act of 1978*
*(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Carnes, Julie E | 2. Court or Organization<br><br>Northern District, Georgia | 3. Date of Report<br><br>08/07/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>2167 U.S. Courthouse<br>75 Spring St. SW<br>Atlanta, GA 30303 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2005 AUG 14 A 10: 05 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]    NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]    NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]    NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Associated Credit Union | A | Interest | L | T | | | | | |
| 2. Regions Bank | A | Interest | K | T | | | | | |
| 3. SunTrust Bank | D | Interest | N | T | | | | | |
| 4. SunTrust Bank Trustee | A | Interest | J | T | | | | | |
| 5. Wachovia Bank | B | Interest | L | T | | | | | |
| 6. ING | C | Interest | L | T | | | | | |
| 7. Schwab One Money Market | A | Interest | J | T | Continuing | | | | |
| 8. Columbia Co. GA Wtr & Swr Rev Due 06/01/2015 | B | Interest | L | T | | | | | |
| 9. Municipal Elec Auth GA Due 11/01/2013 | D | Interest | M | T | | | | | |
| 10. Citibank Bank NA Bank Deposit Program | A | Interest | J | T | Continuing | | | | |
| 11. Pimco Real Return Fund CL C | A | Dividend | J | T | Buy | 10/27 | J | | |
| 12. Citibank (West) FSB-CA C Maty: 07/17/2006 | B | Interest | L | T | | | | | |
| 13. Doral Bank - PR Maty: 07/11/2007 | B | Interest | L | T | | | | | |
| 14. Capital One Bank C/D Maty: 07/09/2008 | C | Interest | L | T | | | | | |
| 15. Treasury Bank, NA-VA Maty: 08/26/2009 | B | Interest | L | T | | | | | |
| 16. First Bank - TN Maty: 07/19/2010 | A | Interest | L | T | Buy | 07/11 | L | | |
| 17. NBT Bank - NA Maty: 07/18/2005 | B | Interest | | | Redemption | 07/18 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Prudential Life Insurance Company Annuity One | A | Dividend | O | T | | | | | |
| 19. Citibank NA Bank Deposit Program | B | Interest | L | T | Continuing | | | | |
| 20. Citibank Nevada Bank Deposit Program | A | Interest | K | T | Continuing | | | | |
| 21. US Tsy Inflation Index Maty: 01/15/2008 | A | Interest | K | T | Buy | 01/21 | K | | |
| 22. US Tsy Inflation Index Maty: 01/15/2009 | A | Interest | K | T | Buy | 01/21 | K | | |
| 23. US Tsy Inflation Index Maty: 04/15/2010 | A | Interest | K | T | Buy | 01/03 | K | | |
| 24. US Tsy Inflation Index Maty: 01/15/2011 | A | Interest | K | T | Buy | 01/21 | K | | |
| 25. US Tsy Inflation Index Maty: 01/15/2012 | A | Interest | K | T | Buy | 01/21 | K | | |
| 26. US Tsy Inflation Index Maty: 07/15/2013 | A | Interest | K | T | Buy | 01/03 | K | | |
| 27. US Tsy Inflation Index Maty: 01/15/2014 | A | Interest | K | T | Buy | 01/03 | K | | |
| 28. US Tsy Inflation Index Maty: 07/15/2014 | A | Interest | K | T | Buy | 01/03 | K | | |
| 29. Georgia Hsg & Fin Au Maty: 06/01/2007 | A | Interest | K | T | | | | | |
| 30. Cobb Co. GA DV AU UNV Maty: 07/15/2007 | A | Interest | K | T | | | | | |
| 31. Gwinnett Co. GA Wtr & Swr Maty: 08/01/2007 | A | Interest | J | T | | | | | |
| 32. Cobb Co. GA DV AU UNV Maty: 07/15/2008 | A | Interest | J | T | | | | | |
| 33. Floyd Co. GA Sch Dist G/O Maty: 08/01/2008 | B | Interest | K | T | | | | | |
| 34. Georgia St Ser A Maty: 09/01/2008 | A | Interest | L | T | Buy | 11/01 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Georgia St Ser D Maty: 07/01/2009 | B | Interest | L | T | | | | | |
| 36. Cobb Co GA DV AU UNV Maty: 07/15/2009 | A | Interest | J | T | | | | | |
| 37. Fulton Co. GA Wtr & Swr Rev Maty: 01/01/2010 | A | Interest | K | T | | | | | |
| 38. Georgia Hsg & Fin AU Maty: 12/01/2010 | A | Interest | K | T | | | | | |
| 39. Coweta Cnty GA Sch Sys Maty: 02/01/2011 | A | Interest | L | T | Buy | 11/28 | L | | |
| 40. Georgia St Ser F Maty: 11/01/2011 | B | Interest | L | T | | | | | |
| 41. Municap Elec Auto GA Maty: 01/01/2012 | D | Interest | M | T | | | | | |
| 42. Georgia HSG & FIN AU Maty: 06/01/2012 | B | Interest | L | T | Buy | 07/21 | L | | |
| 43. Savannah GA HSP AU Maty: 07/01/2012 | D | Interest | M | T | | | | | |
| 44. Fayette Co. GA Sch DT Maty: 09/01/2010 | A | Interest | K | T | | | | | |
| 45. Lowndes Cnty GA Pub Facs Maty: 06/01/2013 | A | Interest | K | T | Buy | 08/24 | L | | |
| 46. Liberty Co. GA Hosp Auth Maty: 08/01/2014 | A | Interest | K | T | Buy | 12/09 | K | | |
| 47. Gwinnett Co. GA Wtr & Swr Maty: 08/01/2015 | A | Interest | L | T | Buy | 11/02 | L | | |
| 48. Gwinnett Co. GA Wtr & Swr Maty: 08/01/2015 | A | Interest | L | T | Buy | 12/07 | L | | |
| 49. Fayette Co. GA Sch DT Maty: 03/01/2017 | A | Interest | K | T | Buy | 01/14 | K | | |
| 50. Gainesville GA Wtr & Sew Rev Maty: 11/15/2017 | A | Interest | K | T | Buy | 11/01 | K | | |
| 51. Savannah GA Hosp Auth Rev Maty: 07/01/2018 | A | Interest | J | T | | | | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes   P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000   T =Cash Market
(See Column C2)   Q =Appraisal   V =Other   S =Assessment
U =Book Value   W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Savannah GA Hosp Auto Rev Maty: 07/01/2018 | A | Interest | J | T | | | | | |
| 53. Cole Taylor Bank Maty: 01/14/2008 | A | Interest | K | T | Buy | 01/03 | K | | |
| 54. The Bankers Bank GA Maty: 01/12/2009 | A | Interest | K | T | Buy | 01/03 | K | | |
| 55. The Bankers Bank GA Maty: 01/12/2009 | A | Interest | J | T | Buy | 01/04 | J | | |
| 56. Capital One Bank VA Maty: 01/12/2010 | A | Interest | K | T | Buy | 01/03 | K | | |
| 57. Safra National Bank NY Maty: 07/19/2012 | B | Interest | L | T | Buy | 01/04 | L | | |
| 58. Costco Wholesale Corp New | A | Dividend | | | Buy | 08/08 | J | | |
| 59. Costco Wholesale Corp New | | Distribution | | | Sell | 09/27 | J | A | |
| 60. Dow Chemical Co. | A | Dividend | J | T | *Sell | 09/27 | J | B | |
| 61. Encana Corp-CAD | A | Dividend | | | Sell | 03/07 | J | B | |
| 62. 3M Company | A | Dividend | | | Buy | 04/05 | K | | |
| 63. 3M Company | | | | | Sell | 09/27 | J | A | |
| 64. Time Warner Inc. | A | Dividend | | | Buy | 04/05 | J | | |
| 65. Time Warner Inc. | | | | | Sell | 09/27 | J | A | |
| 66. United Parcel Service Cl B | A | Dividend | | | Buy | 09/19 | J | | |
| 67. United Parcel Service C1B | | | | | Sell | 09/27 | J | A | |
| 68. Waste Mgmt Inc. Del | A | Dividend | | | Buy | 03/07 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | | Carnes, Julie E | | 08/07/2006 |
|---|---|---|---|---|

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Waste Mgmt Inc. Del | | | | | Sell | 09/27 | J | A | |
| 70. Wm. Wrigley Jr. Co. | A | Dividend | | | Buy | 09/19 | J | | |
| 71. Wm. Wrigley Jr. Co. | | | | | Sell | 09/27 | J | A | |
| 72. Exxon Mobil Corp. | A | Dividend | | | Buy | 06/28 | J | | |
| 73. Exxon Mobil Corp. | | | | | Sell | 09/27 | J | A | |
| 74. Yahoo Inc. | A | Dividend | | | Buy | 06/28 | J | | |
| 75. Yahoo Inc. | | | | | Sell | 09/27 | J | A | |
| 76. Broward Cnty FLA Wtr & Swr | A | Interest | | | Sell | 09/28 | J | A | |
| 77. Cook Cnty ILL Cmnty HSD | A | Interest | | | Sell | 09/28 | J | A | |
| 78. Harris Cnty TEX RFDG | A | Interest | | | Sell | 09/28 | J | A | |
| 79. Minneapolis MINN SPL Sch Dist | A | Interest | | | Sell | 09/28 | J | A | |
| 80. NYS Env FACS CRP ST | A | Interest | | | Sell | 09/28 | J | A | |
| 81. Utah ST RFDG-Ser B | A | Interest | | | Sell | 09/28 | J | A | |
| 82. American Intl Group Inc. | A | Dividend | | | Sell | 03/07 | J | A | |
| 83. Amgen Inc. | A | Dividend | | | Sell | 09/19 | J | B | |
| 84. Amgen Inc. | | | | | Sell | 09/27 | K | D | |
| 85. Biogen Idec Inc. | A | Dividend | | | Sell | 09/27 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Berkshire Hathaway Inc. | A | Dividend | | | Sell | 08/08 | J | A | |
| 87. Berkshire Hathaway Iinc. | | | | | Sell | 09/27 | J | D | |
| 88. Cisco Systems Inc. | A | Dividend | | | Sell | 09/27 | J | A | |
| 89. Dell Inc. | A | Dividend | | | Sell | 03/07 | J | B | |
| 90. Dell Inc. | | | | | Sell | 06/03 | J | B | |
| 91. Walt Disney Co. | A | Dividend | | | Sell | 09/27 | J | A | |
| 92. Discovery Holding Co Cl A (formerly Liberty Media) | A | Dividend | | | Sell | 09/19 | J | A | |
| 93. Dow Chemical Co. | A | Dividend | | | Sell | 09/27 | J | A | |
| 94. Encana Corp-CAD | A | Dividend | | | Sell | 09/27 | J | D | |
| 95. Freescale Semiconductor Inc. | A | Dividend | | | Sell | 09/27 | J | A | |
| 96. General Electric Co. | A | Dividend | | | Sell | 09/27 | J | A | |
| 97. Home Depot Inc. | A | Dividend | | | Sell | 09/27 | K | A | |
| 98. Intel Corp. | A | Dividend | | | Sell | 09/27 | J | A | |
| 99. Johnson & Johnson | A | Dividend | | | Sell | 09/27 | J | C | |
| 100. JP Morgan Chase & Co. | A | Dividend | | | Sell | 09/27 | J | C | |
| 101. Coca-Cola Co. | A | Dividend | | | Sell | 08/08 | J | A | |
| 102. Liberty Media Corp A | A | Dividend | | | Sell | 09/27 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Liberty Global Inc. Class A | A | Dividend | | | Sell | 06/28 | J | A | |
| 104. Motorola Inc. DE | A | Dividend | | | Sell | 03/07 | J | A | |
| 105. Motorola Inc. DE | A | Dividend | | | Sell | 04/05 | J | A | |
| 106. Motorola Inc. DE | A | Dividend | | | Sell | 09/27 | J | A | |
| 107. Microsoft Corp. | A | Dividend | | | Sell | 09/27 | K | A | |
| 108. Proctor & Gamble Co. | A | Dividend | | | Sell | 09/27 | J | D | |
| 109. PPG Industries Inc. | A | Dividend | J | T | ** Sell | 09/27 | J | A | |
| 110. St. Paul Travelers Cos. Inc. | A | Dividend | | | Sell | 07/07 | J | B | |
| 111. Time Warner Inc. | A | Dividend | | | Sell | 09/27 | J | A | |
| 112. Texas Instruments Inc. | A | Dividend | | | Sell | 04/05 | J | A | |
| 113. Texas Instruments Inc. | A | Dividend | | | Sell | 09/19 | J | A | |
| 114. Texas Instruments Inc. | A | Dividend | | | Sell | 09/27 | J | A | |
| 115. Wells Fargo & Co New | A | Dividend | | | Sell | 09/27 | J | C | |
| 116. Exxon Mobil Corp. | A | Dividend | | | Sell | 09/27 | J | C | |
| 117. Citibank NA Bank Deposit Program | B | Interest | J | T | Continuing | | | | |
| 118. Schwab Money Market Fund | A | Dividend | K | T | Continuing | | | | |
| 119. Mercantile Bank Due 06/30/2006 | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Morgan Stanley Due 03/10/2006 | A | Interest | K | T | Buy | 03/11 | K | | |
| 121. Peoples B & T Bank Due 06/30/2008 | B | Interest | L | T | | | | | |
| 122. Shorebank NA Due 06/30/2007 | B | Interest | L | T | | | | | |
| 123. American Fund (AMCAP Fund) | A | Dividend | J | T | | | | | |
| 124. American Fund (Washington Mutual Inv.) | A | Dividend | J | T | | | | | |
| 125. American Fund (Capital World Bond Fund) | A | Dividend | J | T | | | | | |
| 126. American Fund (Euro Pacific Growth Fund) | A | Dividend | J | T | | | | | |
| 127. American Fund (Investment Co. of America) | A | Dividend | J | T | | | | | |
| 128. American Fund (New Perspective Fund) | A | Dividend | J | T | | | | | |
| 129. American Fund (New Economy Fund) | A | Dividend | J | T | | | | | |
| 130. Janus Worldwide Fund | A | Dividend | K | T | | | | | |
| 131. Value Line Special Situations Fund | B | Dividend | K | T | | | | | |
| 132. Vanguard Index Fund 500 | B | Dividend | L | T | | | | | |
| 133. Bestbank | A | Interest | L | T | Open | 12/29 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

* Page 7, Item no. 60:  Purchase on 8/11/04 omitted in error on last year's report for 2004.

** Page 10, Item no. 109:  Purchase on 8/11/04 omitted in error on last year's report for 2004.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████ Date 8/11/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544